IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA



Filed/Docketed
May 01, 2019

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Ragon Boyd Steele, and Tina Michelle** | ) | Case No.   19-10398-M |
| **Steele,** *fka* **Tina Michell Long,** | ) | Chapter   7 |
| | ) | |
| DEBTORS. | ) | |

### ORDER GRANTING MOTION FOR ABANDONMENT AND RELIEF FROM AUTOMATIC STAY

This Court, upon review of the Request for Entry of Order filed herein by Bank of America, N.A., and the pleadings on file in this case, finds as follows:

1. Bank of America, N.A. filed its Motion for Abandonment, Relief from the Automatic Stay (Real Property) and Notice of Opportunity for Hearing (the "Motion") on April 15, 2019, regarding the real property described as:

> **THE WEST 46 FEET OF THE EAST 175 FEET OF THE SOUTH 100 FEET OF LOT TEN (10), DANIELS ADDITION, DEWEY, WASHINGTON COUNTY, OKLAHOMA, commonly known as 301 and 301-1/2 West 9th, Dewey, OK 74029,**

(the "Property").

2. The Motion was mailed to the official mailing matrix which includes the Debtors, their counsel and the Trustee on April 15, 2019, as indicated by the Certificate of Mailing attached to the Motion.

3. The Motion set forth the time for filing an objection to the Motion and no objections have been filed.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** by the Court that all interest the Trustee may have in and to the Property is hereby abandoned.

2

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** by the Court that the stay imposed by 11 U.S.C. Section 362 is hereby modified and Bank of America, N.A. is entitled to pursue its remedies against the Property.

DATED this 1st day of May, 2019.

BY THE COURT:

_____
TERRENCE L. MICHAEL
UNITED STATES BANKRUPTCY JUDGE

Submitted by:

s/ Adam Fiegel_____
Brian J. Rayment, OBA #7441
Adam Fiegel, OBA #33169
Julie Hird Thomas, OBA #10660
Robert Hauge, OBA #20007
Kivell, Rayment and Francis, P.C.
Triad Center I, Suite 550
7666 East 61st Street
Tulsa, Oklahoma 74133
Phone: (918) 254-0626
Facsimile: (918) 254-7048
E-mail: afiegel@kivell.com

**ATTORNEYS FOR CREDITOR**